**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **SAMSON EUGENE JAMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-35 (MTT) |
| | ) |
| Sheriff **WILLIAM MASSEE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

After screening the Plaintiff's recast complaint (Doc. 18) pursuant to 28 U.S.C.

§ 1915A, United States Magistrate Judge Stephen Hyles ordered the claims against

Defendants Reeves and Neff to go forward but recommends transferring the claims

against Defendants Dr. Mack and Nurse Michelle to the Northern District of Georgia and

dismissing without prejudice the claims against Defendants Nehemiah Ingram and

Sheriff Bill Massey.  (Doc. 22).  The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the

findings, conclusions, and recommendations of the Magistrate Judge.  The

Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the

Court orders the Plaintiff's claims against Dr. Mack and Nurse Michelle to be

**TRANSFERRED** to the Northern District of Georgia.  The claims against Ingram and

Massey are **DISMISSED without prejudice**.

SO ORDERED, this 2nd day of October, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT